# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 29, 2023

Saul Mezei
GIBSON & DUNN
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

     RE: 23-3772 3M Company v. CIR

Dear Counsel:

     The United States Tax Court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate Notice of Docket Activity. Please review the schedule and note the key filing dates. You should also review the Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Preparation of the record is governed by Eighth Circuit Rule 30A.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. An appellant's failure to file a brief and appendix will result in the issuance of an order to show cause and may result in the dismissal of the appeal. An appellee's failure to file a brief will result in the issuance of an order barring the appellee from filing a brief. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

     Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

     If you have any questions about the schedule or procedures for the case, please contact our office.

                                         Michael E. Gans
                                         Clerk of Court

AEV

Enclosure(s)

cc: William M. Paul
Stephanie A. Servoss
Francesca Ugolini

District Court/Agency Case Number(s): 5816-13

**Caption For Case Number: 23-3772**

3M Company, and Subsidiaries

        Appellant

v.

Commissioner of Internal Revenue

        Appellee

**Addresses For Case Participants: 23-3772**

Saul Mezei
GIBSON & DUNN
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306

William M. Paul
U.S. INTERNAL REVENUE SERVICE
Office of Chief Counsel
1111 Constitution Avenue, N.W.
Washington, DC  20224-0000

Stephanie A. Servoss
U.S. TAX COURT
400 Second Street, N.W.
Washington, DC  20217-0000

Francesca Ugolini
U.S. DEPARTMENT OF JUSTICE
Tax Division, Appellate Section
Suite 4633
Ben Franklin Station
P.O. Box 502
Washington, DC  20044