UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: 3M Company & Subsidiaries vs. Commissioner of Internal Revenue

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-3772 **for the following party(s): (please specify)**

> 3M Company & Subsidiaries

[X] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jonathan C. Bond       s/: Jonathan C. Bond

Firm Name: Gibson, Dunn & Crutcher LLP

Business Address: 1050 Connecticut Avenue, N.W.

City/State/Zip: Washington, D.C. 20036

Telephone Number (Area Code): 202-887-3704

Email Address: jbond@gibsondunn.com

---

**CERTIFICATE OF SERVICE**

[X] I hereby certify that on 12/29/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: