# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 23-3772

3M Company, and Subsidiaries

Appellant

v.

Commissioner of Internal Revenue

Appellee

------------------------------

Silicon Valley Tax Directors Group, et al.

Amici on Behalf of Appellant(s)

David A. Weisbach

Amicus on Behalf of Appellee(s)

_____

Appeal from United States Tax Court
(5816-13)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

February 19, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler